1  JOSEPH P. RUSSONIELLO (CABN 44332)          FILED
   United States Attorney
2                                              2008 APR 16  PM 1:23
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division                    RICHARD W. WIEKING
                                                      CLERK
4  DEREK R. OWENS (CABN 230237)                U.S. DISTRICT COURT
   Assistant United States Attorney            NO DIST OF CA
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6488
7  Fax: (415) 436-7234

8  Attorneys for the United States

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION
                                         3    0 8    7 0 2 3 0
12 UNITED STATES OF AMERICA,        )      CRIMINAL NO.
                                    )
13          Plaintiff,              )
                                    )
14                                  )    NOTICE OF PROCEEDINGS ON
            v.                      )    OUT-OF-DISTRICT CRIMINAL
15                                  )    CHARGES PURSUANT TO RULES
   JOSE ALVAREZ-BARRAGAN,           )    5(c)(2) AND (3) OF THE FEDERAL RULES
16                                  )    OF CRIMINAL PROCEDURE
            Defendant.              )
17 _____ )

18      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

19 Procedure that on April 15, 2008, the above-named defendant was arrested based upon an arrest

20 warrant (copy attached) issued upon an indictment (copy attached) pending in the District of

21 Nevada, Case Number CR 08-0025-BES-RAM. In that case, the defendant is charged with a

22 violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2), being an alien

23 illegally and unlawfully in the United States while in possession of a firearm that had been

24 shipped in interstate commerce.

25                                      Respectfully Submitted,

26                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
27

28 Date: 4/15/08

                                        DEREK R. OWENS
                                        Assistant United States Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of  NEVADA

UNITED STATES OF AMERICA

V.

JOSE ALVAREZ-BARRAGAN

**WARRANT FOR ARREST**

Case Number:

## 3:08-CR-0025-BES-RAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

JOSE ALVAREZ-BARRAGAN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

Possession of a Firearm by a Prohibited Person

in violation of Title  18  United States Code, Section(s)  922(g)(5)

ROBERT A. MCQUAID, JR.
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

4-9-08      RENO, NEVADA
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

1  GREGORY A. BROWER
   United States Attorney
2  RONALD C. RACHOW
   Assistant United States Attorney
3  100 West Liberty Street, Suite 600
   Reno, NV 89501
4  (775) 784-5438

5  Attorneys for Plaintiff

FILED   ENTERED   RECEIVED   SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 9

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                              DEPUTY

6

7

   UNITED STATES DISTRICT COURT

   DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,          )
9            Plaintiff,               )   3:08-CR-0025-BES-RAM
                                      )
10       v.                           )   INDICTMENT FOR VIOLATION OF:
                                      )
11 JOSE ALVAREZ-BARRAGAN,            )   TITLE 18, UNITED STATES CODE,
                                      )   SECTION 922(g)(5) - Possession of a
12           Defendant.               )   Firearm by a Prohibited Person

13 THE GRAND JURY CHARGES THAT:

14       On or about the 29th day of March, 2008, in the District of Nevada, the Defendant, JOSE

15 ALVAREZ-BARRAGAN, then being an alien illegally and unlawfully in the United States, did

16 knowingly possess in and affecting interstate commerce a firearm, that is a .45 caliber Llama model

17 1911 handgun, serial number A45732, said firearm having been shipped and transported in interstate

18 commerce, all in violation of Title 18, United States Code, Section 922(g)(5) and 924(a)(2).

19

20

21                                    A TRUE BILL:

22

23                                    /S/
                                      _____
24                                    FOREPERSON

25 GREGORY A. BROWER
   United States Attorney
26

27 RONALD C. RACHOW
   Assistant United States Attorney
28